UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JODY HILDERBRANT,

                   Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.

Case No. C23-5872 RSM

**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**

Based on Defendant's Motion for Extension of Time to File Answer, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Answer due date shall be amended as follows:

- Defendant shall have up to and including January 10, 2024, to file a response to Plaintiff's Complaint.

DATED this 17th day of November, 2023.

_____
Ricardo S. Martinez
United States District Judge

ORDER GRANTING EXTENSION OF TIME
TO FILE ANSWER - 1